IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLASSIC SLEEP PRODUCTS, INC. | ) | Case No. 09- |
| | ) | Chapter 11 |
| Debtor | ) | |

**MOTION FOR ENTRY OF AN ORDER APPROVING**
**SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS**

Classic Sleep Products, Inc. (the "Debtor"), debtor and debtor-in-possession, by and through its undersigned counsel, hereby moves this Court for the entry of an Order approving the sale of substantially all of its assets (the "Sale"), and states as follows:

1. On January 4, 2010 (the "Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code initiating this case.

2. The Debtor designs, manufactures, markets and sells high quality mattresses and other bedding products.

3. Prior to the Petition Date, the Debtor experienced financial difficulties.

4. For approximately twenty-four months, the Debtor attempted to obtain a new lender or to sell the company. Amongst others, the Debtor engaged in discussions with other mattress manufacturers and distributors with respect to refinancing, purchasing assets and/or investing equity in the Debtor. Despite one non-binding letter of intent, no firm proposals were received.

5. The Debtor has determined in its business judgment that the most likely highest recovery for creditors will be through the sale of substantially all of its assets.

6. Attached hereto as Exhibit A is a copy of an Asset Purchase Agreement (the "APA") signed by Classic Brands, LLC (the "Purchaser"). The Purchaser is owned by Michael

Zippelli, the Debtor's CEO and Xiong Yu, who is a partner in Wonderlink, Int, Ltd., the Debtor's largest unsecured creditor which is a vendor of the Debtor.

7. The Debtor seeks approval of the sale of substantially all of its assets to the Purchaser.

8. The APA provides *inter alia*: the Purchaser shall purchase substantially all of the Debtor's assets) in exchange for a payment in the amount of the outstanding indebtedness owed by Seller to CIT, approximately in the amount $5,000,000. Additionally, the debtor shall retain all avoidance actions, a $100,000 refund due in connection with credit card charge backs and th Seller shall retain the Debtor's employees.

## **Argument**

9. Section 363(b) of the Bankruptcy Code provides that a debtor "after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate." *See In re Ames Dept. Stores, Inc.*, 136 B.R. 357, 359 (Bankr. S.D.N.Y. 1992) (noting that "going-out-of-business" sales are governed by § 363(b)). To obtain court approval to use property under § 363(b) of the Bankruptcy Code, the Debtor need only show a legitimate business justification for the proposed action. *See, e.g., Myers v. Martin (In re Martin)*, 91 F.3d 389, 395 (3d Cir. 1996) (citing *Fulton State Bank v. Schipper (In re Schipper)*, 993 F.2d 513, 515 (7th Cir. 1991)); *Committee of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.)*, 722 F.2d 1063, 1070 (7th Cir. 1983) (same).

10. In the exercise of its business judgment, the Debtor believes that this Court should approve the Sale to the Purchaser

11. For the past twenty-four months, the Debtor has engaged in many attempts to refinance or sell its assets. Although there was one unsigned letter of intent, no written offers

have been received.  The Debtor's executives have spoken and meet with more than five (5) prospective purchasers and/or equity partners.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order:

    A.    approving the Sale to the Purchaser on the terms set forth in the Asset Purchase Agreement; and

    B.    for such other and further relief as is just and equitable.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:    /s/ Michael J. Lichtenstein
Michael J. Lichtenstein (Bar No. 05604)
John D. Sadler (Bar No. 16421)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:  (301) 230-5231
         (301) 230-5259
FAX:  (301) 230-2891
Attorneys for Debtor

Dated:  January 4, 2010

G:\75\CLIENTS\Classic Sleep Products-117139.02\Pleadings\Motion to Sell Assets.doc