**SO ORDERED
HEARING TO BE HELD ON JANUARY 8, 2010 AT 10 A.M.
IN COURTROOM 2A.**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CLASSIC SLEEP PRODUCTS, INC. ) | Case No. 10-10077-NVA |
| ) | Chapter 11 |
| Debtor ) | |

### ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING ON MOTION FOR ORDER ESTABLISHING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS

Upon consideration of the Debtor's Motion for Expedited Hearing on Motion for Order Establishing Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets (the "Motion"), the Court finding good cause to grant the Motion, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be, and it hereby is, GRANTED; and it is further

**ORDERED**, that the Court shall conduct a hearing on the Debtor's Motion for Order Establishing Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets (the "Bid Procedures Motion") on _____, 2010 at _____ __.m.; and it is further

**ORDERED**, that any objections to the Bid Procedures Motion shall be presented at the hearing.

<u>Copies to:</u>

Michael J. Lichtenstein
John D. Sadler
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854

Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Marc E. Shach, Esq.
Weinstock, Friedman & Friedman, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, MD 21208-7301

Michael J. Cordone, Esq.
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098

Dimitry Herman, Esquire
Herman Law, LLC
1050 Winter Street, Suite 1000
Waltham, MA 02451

**END OF ORDER**