_____                    ✓ RETAIN

Nancy V. Alquist , U.S. BANKRUPTCY JUDGE                  Evidentiary Hrg (Y) N

PROCEEDING MEMO - CHAPTER 11

Date: 01/29/2010 Time: 11:00

10-10077 Classic Sleep Products, Inc.

Michael J. Lichtenstein representing Classic Sleep Products, Inc. (Debtor)

No Trustee Assigned (Trustee)     [10] Report of Larry Strauss

Katherine A. (UST) Levin, representing US Trustee - Baltimore (U.S. Trustee)

[11] Debtor's Motion for 363 Sale

[9] Motion for Order Establishing Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets Filed by Classic Sleep Products, Inc.. (Attachments: # (1) Proposed Order # (2) Certificate of Service)
Movant: Classic Sleep Products, Inc. BY M Lichtenstein;

Mr Lichtenstein will upload corrected order on [14]

[14] Emergency Motion for the Entry of Interim and Final Orders Pursuant to Section 364 of the Bankruptcy Code (A) Authorizing the Debtor to Obtain DIP Financing, (B) Granting Security Interests and Super Priority Claims and Modifying the Automatic Stay, (C) Approving Agreements Relating to the Foregoing, (D) Authorizing the Debtor to Use Cash Collateral, (E) Granting Related Relief, and (F) Scheduling a Final Hearing on the Motion pursuant to Banrkputcy Rule 4001(C) Filed by Classic Sleep Products, Inc.. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Proposed Order # (4) Exhibit A to Proposed Order# (5) Exhibit B to Proposed Order# (6) Certificate of Service)
Movant: Classic Sleep Products, Inc. BY M Lichtenstein;

M Schaeff for CIT

Larry Strauss

- objections to sale, if any.

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____
Other_____._____
Confirmed_____ as modified by _____
Denied Confirmation_____ with leave to amend by_____
Other_____

Granted [14] (final DIP Order version) — order uploaded 1/28/10

DISPOSITIONS:

Granted [11] Denied____ Withdrawn____ Consent____ Default___ Under Adv.___
Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)

Continued to: _____

DECISION:   Re: [11] objections withdrawn; No qualif Bids; Evidence & bus judgmnt on 1/13/10 Examiner Report [10] and evidce

[ ] Signed by Court   [ ] Filed by Counsel
[ ] To be prepared by:

[ ]  Movant's counsel          [ ]  Court
[ ]  Respondent's counsel      [ ]  Other _____

NOTES:

RECEIVED

FEB 0 1 2010

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE